UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BANCO DE SEGUROS DEL ESTADO,

                      Plaintiffs,

    -against-

INTERNATIONAL FINANCE CORPORATION,

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 06 CV 2427

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

      **BIANCA CARPIO**, being duly sworn, deposes and says: that she resides at Bronx, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

      That on the 29th day of March 2006, deponent served <u>by hand</u> the **DEFENDANT INTERNATIONAL FINANCE CORPORATION'S NOTICE OF REMOVAL, CIVIL COVER SHEET and RULE 7.1 STATEMENT**, by leaving a true copy thereof with the following party:

                Jorge W. Moreira, Esq.
              130 West 42nd Street, Ste. 714
               New York, New York 10036

which is the address designated by said attorneys for that purpose.

                                                    _/S/BIANCA CARPIO_____
                                                       Bianca Carpio

Sworn to before me this
29th day of March 2006

_/S/CARROL MARSHALL__
      Notary Public